In the Matter of the Judicial Settlement of the Account of Proceedings of Van Rensselaer Burr, as Co-Trustee, etc., of Melancthon Burr, Jr., Deceased. In the Matter of the Judicial Settlement of Account of Proceedings of Central

HANOVER BANK AND TRUST COMPANY, as Trustee, etc., of MELANCTHON BURR, JR., Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.